**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00264-REB
(Removal from County Court, Pueblo County, Colorado
***People of Colorado v. Sneller, Donna G***, Case #: 2010 T 004045)

PEOPLE OF THE STATE OF COLORADO,

    Plaintiff,

v.

SNELLER, DONNA G.,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the defendant's **Information and Indictment for Crimes Committed Against the Peace and Dignity of Donna Glyn Sneller, One of the People of the United States** [#7] filed September 15, 2011. The document is **STRICKEN** as the case was closed effective July 19, 2011.

Dated: September 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.